

# Court of Appeals
# Fifth District of Texas at Dallas

## ORDER

| | |
|---|---|
| IN RE RETURN LEE TO LEE PARK, ET AL | Original Proceeding from the 14th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC18-05460. |
| No. 05-19-00774-CV | Opinion delivered by Justice Whitehill. Justices Partida-Kipness and Pedersen, III participating. |

In accordance with this Court's opinion of this date, our June 28, 2019 stay order remains in effect for thirty days or until Relators post bond, whichever occurs first. We deny as moot the City's motion to reconsider and dissolve our stay order, grant Relators petition for injunctive relief as to the Monument, and deny the petition as moot as to the statute. Contingent upon the Realtors posting a $50,000 bond, the City is **ENJOINED** from altering, removing, or destroying the Monument pending final disposition of the appeal in cause number 05-19-00456-CV.

Judgment entered October 10, 2019.